

FILE COPY

RE: Case No. 15-0529                    DATE: 10/23/2015
    COA #: 12-13-00379-CV    TC#: 12-2467-C/B
STYLE:MARTHA N. HILL AND GARY HILL
    v. WINNON EARL SWORD

    Today the Supreme Court of Texas denied the
petition for review in the above-referenced case.


            MS. CATHY S. LUSK
            CLERK, TWELFTH COURT OF APPEALS
            1517 WEST FRONT, SUITE 354
            TYLER, TX  75702